IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


**STEVEN J. GARVIN, DIANA E.**
**GARVIN and I.S.P. CO.,**
**a West Virginia corporation,**

**Plaintiffs,**

**v.**                              //    **CIVIL ACTION NO. 1:04CV73**
                                              **(Judge Keeley)**


**SOUTHERN STATES INSURANCE**
**EXCHANGE COMPANY, ANN BORAAS,**

**Defendants.**


### ORDER RESCHEDULING FINAL PRETRIAL CONFERENCE

For reasons appearing to the Court, the FINAL PRETRIAL CONFERENCE in this matter previously set for October 11, 2007 at 10:00 a.m. is **RESCHEDULED** to **October 16, 2007** at **10:30 a.m.** at the **Clarksburg**, **West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: September 19, 2007.


                                    /s/ Irene M. Keeley
                                    IRENE M. KEELEY
                                    UNITED STATES DISTRICT JUDGE