```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**STEVEN J. GARVIN, DIANA E.**
**GARVIN and I.S.P. CO.,**
**a West Virginia corporation,**

      **Plaintiffs,**

**v.**                              **//   CIVIL ACTION NO. 1:04CV73**
                                                **(Judge Keeley)**

**SOUTHERN STATES INSURANCE**
**EXCHANGE COMPANY, ANN BORAAS**
**and DAVID BURTON,**

      **Defendants.**

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

On October 2, 2007, counsel for the plaintiffs, Steven Garvin, Diane Garvin and ISP Company, filed a motion for an extension of time to file the parties' final list of witnesses and exhibits. As ground for the motion to extend, counsel states that the parties have agreed to file the Southern States Insurance Exchange Claims File and the Southern States Claims Manual as joint exhibits and the additional time is necessary to prepare the appropriate number of copies. Counsel further states that the extension of time will not interfere with the currently scheduled final pretrial conference on for October 16, 2007 or the trial on October 22, 2007. Good cause having been shown and there being no objection, the Court **GRANTS** the motion (docket number 150).

**GARVIN, ET AL. V. SOUTHERN STATES INS., ET AL.**  1:04CV73

**ORDER GRANTING MOTION FOR EXTENSION**

Accordingly, the Final Witness and Exhibit List is due on or before October 9, 2007 and any objections to the Final Witness and Exhibit List are due on or before October 12, 2007.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: October 3, 2007

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE